# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | |
|---|---|
| United States of America ) | **ORDER OF DETENTION PENDING TRIAL** |
| v. ) | |
| Hector Mojarro-Frausto ) | Case No. 20mj5473-MSB |
| *Defendant* | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on 12/21/20. Defendant was present and was represented by counsel. I conclude by a preponderance of the evidence the defendant is a serious flight risk and order the detention of the defendant pending trial in this case.

## FINDING OF FACT
I find by a preponderance of the evidence that:
- [x] The defendant is not a citizen of the United States or lawfully admitted for permanent residence.
- [x] The defendant, at the time of the charged offense, was in the United States illegally.
- [x] The defendant faces removal or deportation proceedings regardless of the outcome of this case.
- [ ] The defendant has no known/minimal significant contacts in the United States or in the Southern District of California.
- [ ] The defendant has no known/minimal resources in the United States from which he/she might make a bond reasonably calculated to assure his/her future appearance.
- [ ] Insufficient or speculative bond proposal.
- [ ] History of drug or alcohol abuse.
- [x] The defendant has a prior criminal history and/or immigration history.
- [ ] The defendant has a history of probation/supervised release violations/revocations.
- [ ] The defendant has a record of prior failure(s) to appear in court as ordered.
- [ ] The defendant attempted to evade law enforcement contact by fleeing from law enforcement.
- [ ] The defendant lives/works in Mexico.
- [ ] The defendant has substantial family ties to Mexico.
- [x] Weight of the evidence is strong but the least important factor.
- [ ] The defendant is facing a maximum of _____ months imprisonment.
- [ ] Other: - Prior conviction resulting in lengthy custodial term
          - Prior escape charge/conviction

The Court incorporates by reference the material findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter, except as noted in the record.

## CONCLUSION OF LAW
1. There is a serious risk that the defendant will flee.
2. No condition or combination of conditions will reasonably assure the appearance of the defendant as required.

## DIRECTIONS REGARDING DETENTION
The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceedings.

Dated: 12/21/20

_____
Honorable Michael S. Berg
United States Magistrate Judge